NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LUMBERMENS MUTUAL CASUALTY COMPANY,
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

2010-5086, -5087

Appeals from the United States Court of Federal Claims in case no. 04-CV-1255, Senior Judge Robert H. Hodges, Jr.

## ON MOTION

## ORDER

The United States moves for a 21-day extension of time, until July 16, 2010, to file its opening brief.

IT IS ORDERED THAT:

The motion for an extension of time to file the opening brief is granted. No further extensions should be anticipated.

FOR THE COURT

**JUN 2 8 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Matthew C. Hoyer, Esq.
Donald E. Kinner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2010

JAN HORBALY
CLERK